UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK ASTORGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| LaSALLE SOUTHWEST CORRECTION, ET AL., | ) ) | 3:20-CV-1945-G-BK |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS,
AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  *See* docket entry 12.  No objections were filed.  The court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Accordingly, this case is hereby **DISMISSED** without prejudice.  Rule 41(b), Fed. R. Civ. P.

**SO ORDERED.**

November 19, 2020.

_____
**A. JOE FISH
Senior United States District Judge**